UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CAUSE NO. 3:08-CR-00020(01)RM |
| ) | |
| DAVID L. JONES ) | |

## ORDER

No objections have been filed to the magistrate judge's findings and recommendations upon a plea of guilty issued on March 18, 2008. Accordingly, the court ADOPTS those findings and recommendations [docket # 11], ACCEPTS defendant David Jones's plea of guilty, and FINDS the defendant guilty of Counts 1, 2, 3, 4, 5, and 6 of the Information, in violation of 26 U.S.C. § 7202 and 18 U.S.C. § 2(b).

SO ORDERED.

ENTERED:   April 16, 2008

/s/ Robert L. Miller, Jr.
Chief Judge
United States District Court